**BD&J, PC**
SHAWN J. McCANN, ESQ. [SBN 227553]
sm@bhattorneys.com
LAUREN E.S. HORWITZ, ESQ. [SBN 271858]
lh@bhattorneys.com
GARRET Z. VALERIO, ESQ. [SBN 343669]
gv@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 290-8284

Attorneys for Plaintiff, ARMANDO RIOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RIOS, an individual;<br><br>    Plaintiff,<br><br>  vs.<br><br>BENNETT MOTOR EXPRESS, LLC; CHRIS OWEN AUSTIN, an individual; and DOES 1 to 20, inclusive.<br><br>    Defendants. | Case No.:<br>5:22−cv−02209−ODW(SPx)<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER**<br><br>**Trial date: May 14, 2024.** |

**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER**

1

**PLEASE TAKE NOTICE** Plaintiff, ARMANDO RIOS, and Defendants, BENNETT MOTOR EXPRESS, LLC, and CHRIS OWEN AUSTIN, (hereinafter, "Parties") by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.

The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the parties can fully perform their duties as required under the settlement agreement. It is estimated that the parties will fully perform their duties by or around June 21, 2024. Upon the parties' completion of their duties (as mandated under the settlement agreement) and within two weeks after said completion, plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

Respectfully submitted,

DATED: May 7, 2024                                BD&J, PC

By: _____
SHAWN J. McCANN
LAUREN E.S. HORWITZ
GARRET Z. VALERIO
Attorneys for PLAINTIFF,
ARMANDO RIOS

**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER**

| | |
|---|---|
| 1  DATED: May 7, 2024 | ACKER & WHIPPLE |
| 2 | |
| 3 | By: _____ |
| 4 | BRADLEY P. CHILDERS<br>STEPHEN ACKER<br>BRENDEN SMITH |
| 5 | Attorneys for Defendants, |
| 6 | BENNETT MOTOR EXPRESS,<br>LLC; and CHRIS OWEN AUSTIN |

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated, and the Court will retain jurisdiction over this matter for one hundred- and twenty-days' time to allow for the parties to fulfill their duties under the settlement agreement.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE- F.R.Civ.P. 5(b)

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, certify and declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 9701 Wilshire Blvd., 12th Floor, Beverly Hills, CA 90212

On **May 7, 2024**, I served on the parties of record in this action a true and correct copy of the foregoing document described as, **JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER,** by delivering it to the person(s) indicated on the attached service list in the manner as provided in F.R.Civ.P.5(b):

*SEE ATTACHED SERVICE LIST*

**[ ] ELECTRONIC SERVICE [FRCivP 5(b)(2)(E)]** - I caused the aforementioned document(s) to be electronically served upon the addressee as indicated on the attached service list by submitting an electronic version of the document(s) listed above via file transfer protocol to ECF (Electronic Case Filing).

**[X] VIA E-MAIL:** My e-mail address is mlm@bhattorneys.com. I am readily familiar with this firm's practice for causing documents to be served by e-mail. Following that practice, I caused the aforementioned document(s) be emailed to the addressed in the attached service list below.

Executed on **May 7, 2024** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Michelle Leiva Mejia

---

**PROOF OF SERVICE**

1

**BD&J, PC**
SHAWN J. McCANN, ESQ
LAUREN E.S. HORWITZ, ESQ.
GARRET Z. VALERIO, ESQ.
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 290-8284
E-mails: sm@bhattorneys.com
lh@bhattorneys.com
gv@bhattorneys.com

| **COURT INFORMATION** ||
|---|---|
| COURT: | United States District Court, Central District, Eastern Division |
| JUDGE: | Fred W. Slaughter |
| COURT#: | 5:22−cv−02209−FWS−SPx |

*RIOS v. BENNETT MOTOR EXPRESS, LLC, et al.*

**SERVICE LIST**

| | |
|---|---|
| Mr. Brenden Smith, Esq.<br>Mr. Stephen Acker, Esq.<br>Mr. Bradley P. Childers, Esq.<br>**ACKER & WHIPPLE, APC**<br>811 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90017<br>Telephone: (213) 347-0240<br>Facsimile: (213) 623-1957<br>E-mail: bradchilders@ackerandwhipple.com<br>brendansmith@ackerandwhipple.com<br>veronicacaire@ackerandwhipple.com<br>stephenacker@ackerandwhipple.com<br>EService@AckerandWhipple.com | Attorneys for DEFENDANTS, BENNETT MOTOR EXPRESS, LLC and CHRIS OWEN AUSTIN |

**PROOF OF SERVICE**
2