**BD&J, PC**
SHAWN J. McCANN, ESQ. [SBN 227553]
sm@bhattorneys.com
LAUREN E.S. HORWITZ, ESQ. [SBN 271858]
lh@bhattorneys.com
GARRET Z. VALERIO, ESQ. [SBN 343669]
gv@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 290-8284

Attorneys for Plaintiff, ARMANDO RIOS

**ACKER & WHIPPLE**
STEPHEN ACKER, SBN: 64996
BRENDAN A. SMITH, SBN: 311606
811 Wilshire Boulevard, Suite 700
Los Angeles, California 90017
Phone: (213) 347-0240 | Fax: (213) 623-1957
Email:  StephenAcker@AckerandWhipple.com
             BrendanSmith@AckerandWhipple.com

Attorneys for BENNETT MOTOR EXPRESS, LLC and CHRIS OWEN AUSTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ARMANDO RIOS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENNETT MOTOR EXPRESS, LLC; CHRIS OWEN AUSTIN, an individual; and DOES 1 to 20, Inclusive.<br><br>　　　　Defendants. | CASE NO. 5:22−cv−02209−ODW (SPx).et<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge Otis D. Wright, II, Courtroom 5D<br>Action Filed: 8/19/2022 (*LASC, Riverside*) |

1.

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 4, 2024                                **BD&J, PC**

By: _____
SHAWN J. McCANN
LAUREN E.S. HORWITZ
GARRET Z. VALERIO
Attorneys for PLAINTIFF,
ARMANDO RIOS

DATED:  June 4, 2024                               **ACKER & WHIPPLE**
                                                   A Professional Corporation

By:_____
STEPHEN ACKER
BRENDAN A. SMITH
Attorneys for Defendants,
BENNETT MOTOR EXPRESS,
LLC; and CHRIS OWEN AUSTIN

2.

STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE- F.R.Civ.P. 5(b)**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I, the undersigned, certify and declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 811 Wilshire Boulevard, Suite 700, Los Angeles, California 90017.

On **June 5, 2024**, I served on the parties of record in this action a true and correct copy of the foregoing document described as **STIPULATION OF DISMISSAL,** by delivering it to the person(s) indicated on the attached service list in the manner as provided in F.R.Civ.P.5(b):

**SEE ATTACHED SERVICE LIST.**

[X]  **ELECTRONIC SERVICE [FRCivP 5(b)(2)(E)]** - I caused the aforementioned document(s) to be electronically served upon the addressee as indicated on the attached service list by submitting an electronic version of the document(s) listed above via file transfer protocol to ECF (Electronic Case Filing).

Executed on **June 5, 2024** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Mary Jones_
**MARY JONES**

3.
STIPULATION OF DISMISSAL

STEPHEN ACKER
BRENDAN A. SMITH
ACKER & WHIPPLE
811 Wilshire Boulevard, Suite 700
Los Angeles, California 90017
Tel: (213) 347-0240
Fax: (213) 623-1957

| **COURT INFORMATION** ||
|---|---|
| COURT | : United States District Court, Central District, Eastern Division |
| ADDRESS | : Ronald Reagan Federal Building, 411 W, 4th Street, Santa Ana, CA 92701 |
| JUDGE | : Judge Otis D. Wright, II |
| COURT CASE NO. | : CASE NO. 5:22−cv−02209−ODW (SPx).et |
| OUR FILE NO. | : 3798 |

*(Rios v. Bennett Motor Express)*

**SERVICE LIST**

| | |
|---|---|
| Shawn McCann<br>Lauren Horwitz<br>Garret Valerio<br>**BD&J, P.C.**<br>9701 Wilshire Boulevard, 12th Floor<br>Beverly Hills, CA 90212 | Attorneys for Plaintiff,<br>ARMANDO RIOS<br>Tel: (310) 887-1818<br>Fax: (424) 290-8284<br>Email: sm@bhattorneys.com<br>    lh@bhattorneys.com<br>    gv@bhattorneys.com<br>    mlm@bhattorneys.com<br>    kbl@bhattorneys.com<br>    jgv@bhattorneys.com<br>    zca@bhattorneys.com |